THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAYSON JAMES EBLACAS, #A5021275, | ) ) ) | CIV. NO. 18-00376 DKW-RLP |
| | ) ) | ORDER DENYING APPLICATION TO PROCEED IN FORMA |
| Plaintiff, | ) ) | PAUPERIS BY A PRISONER |
| vs. | ) ) | |
| GERALD AGLUBOS, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Before the Court is Plaintiff Dayson James Eblacas' Application To Proceed In Forma Pauperis By A Prisoner ("IFP application"). Because Plaintiff's IFP application lacks (1) prison certification of the amount in his account; (2) copies of his trust account statements showing deposits, withdrawals, and balances for the six months preceding the date he filed the Complaint; and (3) his signed authorization to deduct funds, it is DENIED. *See* 28 U.S.C. § 1915(a)(2).

Plaintiff is ORDERED to submit a complete District of Hawaii form IFP application that addresses these deficiencies on or before November 2, 2018 Failure to do so will result in **automatic dismissal** of this action without prejudice for failure to prosecute without further notice. *See* Fed. R. Civ. P. 41(b); *see also Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995). The Court will take no

action on any documents Plaintiff submits until he has paid the filing fee or been granted IFP status.

The Clerk is DIRECTED to send Plaintiff a new Application To Proceed In Forma Pauperis By A Prisoner so that he can comply with this Order.

IT IS SO ORDERED.

DATED: October 4, 2018 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Dayson James Eblacas v Gerald Aglubos*; Civil No. 18-00376 DKW-RLP
**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER**

*Eblacas v. Aglubos,* 1:18-cv-00376 DKW-RLP; ifp '18 E 18-376 dkw (dny incmp)