IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DAYSON JAMES EBLACAS , | ) | CV 18-00376 DKW-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| vs. | ) | AND RECOMMENDATION TO |
| | ) | DISMISS ACTION WITHOUT |
| GERALD AGBULOS , | ) | PREJUDICE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE

Findings and Recommendation having been filed and served on all parties

on August 29, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Dismiss Action Without Prejudice", ECF No. 19 are adopted

as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: September 19, 2022 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge